# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE LLC,

          Plaintiff,

vs.

FOOTHILLS AT SOUTHERN HIGHLANDS HOA, *et al.*,

          Defendants.

2:15-cv-01282-APG-VCF

**<u>ORDER</u>**

      Before the court is *Nationstar Mortgage LLC v. Foothills at Southern Highlands HOA, et al.*, case no. 2:15-cv-01282-APG-VCF. A discovery plan and scheduling order has not been filed pursuant to Local Rule 26-1.

      IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., October 2, 2015, in courtroom 3D. The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

      Dated this 14th day of September, 2015.

                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE