1 ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
2 TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
3 ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
4 Las Vegas, Nevada 89148
(702) 254-7775
5 (702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
6 *Attorney for Defendant*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

7

8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

                                  ***

11 NATIONSTAR MORTGAGE LLC,            )
12                                     )
                          Plaintiff,  )
13                                     )   Case No.   2:15-cv-01282-APG-VCF
   vs.                                 )
14                                     )
   FOOTHILLS AT SOUTHERN HIGHLANDS     )
15 HOA; LAS VEGAS DEVELOPMENT          )
   GROUP, LLC; DOE INDIVIDUALS I-X,    )
16 inclusive; and ROE CORPORATIONS I-X,)
   inclusive,                          )
17                                     )
                          Defendants. )
18 _____ )

19              **STIPULATION AND ORDER TO EXTEND TIME**
                **TO RESPOND TO COUNTER-MOTION FOR SUMMARY JUDGMENT**
20                            **(First Request)**

21        COMES NOW Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*)

22 and FOOTHILLS AT SOUTHERN HIGHLANDS HOA (*"HOA"*), and Plaintiff,

23 NATIONSTAR MORTGAGE, LLC (*"Nationstar"*), by and through their undersigned counsel,

24 and hereby stipulate and agree as follows:

25        1.      On April 25, 2016, LVDG filed a Motion for Summary Judgment or,

26                Alternatively, to Dismiss herein [ECF #22].

27        2.      On May 4, 2016, LVDG and Nationstar submitted a stipulation pursuant to which

28

10644 San Sicily

*(left margin, vertical text)* **ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

said parties agreed to suspend briefing of said Motion until after the close of discovery [ECF #23].  Said stipulation was approved on May 6, 2016 [ECF #24].

3. On July 11, 2016, Nationstar filed its Opposition to LVDG's Motion for Summary Judgment or, Alternatively, to Dismiss [ECF #29, 30], together with a Counter-Motion for Summary Judgment [ECF #29, 30].

4. Counsel for LVDG and HOA have requested an extension of time in which to prepare and file their Responses to Nationstar's Counter-Motion for Summary Judgment due to numerous other pending legal matters; personal obligations; and the length and complexity of the arguments contained in said Motion.  Counsel for LVDG has also requested an extension of time in which to file a Reply to Nationstar's Opposition to LVDG's Motion for Summary Judgment or, Alternatively, to Dismiss for the same reasons.

5. Defendants shall have an additional period of time until and including August 22, 2016, in which file Responses to Nationstar's Counter-Motion for Summary Judgment.   Likewise, LVDG shall have an additional period of time until and including August 22, 2016, in which to file its Reply to Nationstar's Opposition to LVDG's Motion for Summary Judgment or, Alternatively, to Dismiss.

6. Nationstar shall have an additional period of time until and including September 19, 2016, in which to file Replies to Defendants' Oppositions.

//
//
//
//
//
//
//
//
//

10644 San Sicily

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

7.      This Stipulation is made in good faith and not for purpose of delay.

Dated this _____ 3rd _____ day of August, 2016.

ROGER P. CROTEAU & ASSOCIATES, LTD.

ALVERSON TAYLOR MORTENSEN & SANDERS

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
tim@croteaulaw.com
*Attorney for Defendant*
*Las Vegas Development Group, LLC*

/s/ *Adam R. Knecht*
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
7401 W. Charleston Blvd.
Las Vegas, NV 89117
702-384-7000
*Attorney for Defendant*
*Foothills at Southern Highlands HOA*

AKERMAN LLP

/s/ *Tenesa Scaturro*
TENESA S SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
tenesa.scaturro@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:  August 5, 2016.

10644 San Sicily