1  MELANIE MORGAN, ESQ.
   Nevada Bar No. 8215
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC;<br><br>Plaintiff,<br><br>vs.<br><br>FOOTHILLS AT SOUTHERN HIGHLANDS HOA; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01282-APG-NJK<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Nationstar Mortgage LLC, Defendant Las Vegas Development Group, LLC and Defendant Foothills at Southern Highlands HOA, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of all claims in the above-entitled action with prejudice.

…

…

…

…

…

…

…

…

{34068978;1}                                                         1

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED March 25, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Melanie D. Morgan* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Nationstar Mortgage LLC* | */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 West Charleston Blvd., Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Las Vegas Development Group, LLC* |
| **ALVERSON TAYLOR & SANDERS** <br><br> */s/ Adam R. Knecht* <br> KURT R. BONDS, ESQ. <br> Nevada Bar No. 6228 <br> ADAM R. KNECHT, ESQ. <br> Nevada Bar No. 13166 <br> 6605 Grand Montecito Parkway, Suite 200 <br> Las Vegas, NV 89149 <br><br> *Attorneys for Foothills at Southern Highlands HOA.* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:15-cv-01282-APG-NJK

DATED: 3/26/2020 _____